**STATE of Missouri, Respondent,**

v.

**Jimmy J. BOWMAN, Appellant.**

**No. WD 37890.**

Missouri Court of Appeals,
Western District.

Oct. 21, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Bruce R. Anderson, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J. Presiding, and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of tampering in the first degree, § 569.080.1(2), RSMo.Cum.Supp.1984 and sentence of six years.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Ernest T. PRESIDENT, Appellant.**

**No. WD 37851.**

Missouri Court of Appeals,
Western District.

Oct. 21, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 1986.

Application to Transfer Denied
Jan. 13, 1987.

Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J. Presiding, and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction of burglary second degree pursuant to § 569.170, RSMo. 1978 and sentence of ten years.

Judgment affirmed. Rule 30.25(b).